UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FORD MOTOR CO. DPS6 POWERSHIFT
TRANSMISSION PRODUCTS LIABILITY
LITIGATION

**FILED**
Aug 23, 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MDL No. 2814

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −13)

On February 2, 2018, the Panel transferred 75 civil action(s) to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 289 F.Supp.3d 1350 (J.P.M.L. 2018). Since that time, 168 additional action(s) have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable Andre Birotte, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Birotte.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of February 2, 2018, and, with the consent of that court, assigned to the Honorable Andre Birotte, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 13, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Jeffery Lüthi*

Jeffery N. Lüthi
Clerk of the Panel

IN RE: FORD MOTOR CO. DPS6 POWERSHIFT
TRANSMISSION PRODUCTS LIABILITY
LITIGATION                                              MDL No. 2814


SCHEDULE CTO−13 − TAG−ALONG ACTIONS


| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

CALIFORNIA EASTERN

| CAE | 2 | 18−00674 | Hawes v. Ford Motor Company et al 2:18-cv-06977-AB(FFMx) |
| CAE | 2 | 18−00675 | Tibben v. Ford Motor Company et al 2:18-cv-06978-AB(FFMx) |
| CAE | 2 | 18−00676 | Johnson v. Ford Motor Company et al 2:18-cv-06979-AB(FFMx) |
| CAE | 2 | 18−00703 | Wright v. Ford Motor Company et al 2:18-cv-06980-AB(FFMx) |
| CAE | 2 | 18−00707 | Ramirez v. Ford Motor Company 2:18-cv-06981-AB(FFMx) |
| CAE | 2 | 18−00744 | Gummo v. Ford Motor Company et al 2:18-cv-06983-AB(FFMx) |
| CAE | 2 | 18−00752 | Horning v. Ford Motor Company 2:18-cv-06984-AB(FFMx) |
| CAE | 2 | 18−00753 | Thompson et al v. Ford Motor Company 2:18-cv-06985-AB(FFMx) |
| CAE | 2 | 18−00756 | Medeiros v. Ford Motor Company 2:18-cv-06986-AB(FFMx) |
| CAE | 2 | 18−00758 | Grigan v. Ford Motor Company 2:18-cv-06987-AB(FFMx) |
| CAE | 2 | 18−00759 | Martinez v. Ford Motor Company 2:18-cv-06988-AB(FFMx) |
| CAE | 2 | 18−00771 | Golden v. Ford Motor Company 2:18-cv-06989-AB(FFMx) |
| CAE | 2 | 18−00772 | Grover et al v. Ford Motor Company 2:18-cv-06990-AB(FFMx) |
| CAE | 2 | 18−00776 | Silva et al v. Ford Motor Company 2:18-cv-06992-AB(FFMx) |
| CAE | 2 | 18−00778 | Haslam et al v. Ford Motor Company et al 2:18-cv-06993-AB(FFMx) |
| CAE | 2 | 18−00782 | Melius v. Ford Motor Company 2:18-cv-06994-AB(FFMx) |
| CAE | 2 | 18−00783 | Humphreys et al v. Ford Motor Company 2:18-cv-06995-AB(FFMx) |
| CAE | 2 | 18−00784 | Gordon et al v. Ford Motor Company et al 2:18-cv-06996-AB(FFMx) |
| CAE | 2 | 18−00785 | Shepard v. Ford Motor Company 2:18-cv-06997-AB(FFMx) |
| CAE | 2 | 18−00786 | Specials v. Ford Motor Company 2:18-cv-06998-AB(FFMx) |
| CAE | 2 | 18−00790 | Zaragoza v. Ford Motor Company 2:18-cv-06999-AB(FFMx) |
| CAE | 2 | 18−00791 | Odell v. Ford Motor Company et al 2:18-cv-07000-AB(FFMx) |
| CAE | 2 | 18−00792 | Ortiz v. Ford Motor Company 2:18-cv-07001-AB(FFMx) |
| CAE | 2 | 18−00793 | Glass et al v. Ford Motor Company 2:18-cv-07002-AB(FFMx) |
| CAE | 2 | 18−00797 | Rose v. Ford Motor Company et al 2:18-cv-07003-AB(FFMx) |
| CAE | 2 | 18−00820 | Vaught v. Ford Motor Company et al 2:18-cv-07004-AB(FFMx) |
| CAE | 2 | 18−00821 | Keating v. Ford Motor Company et al 2:18-cv-07005-AB(FFMx) |
| CAE | 2 | 18−00824 | Hall et al v. Ford Motor Company et al 2:18-cv-07006-AB(FFMx) |
| CAE | 2 | 18−00828 | Mejia v. Ford Motor Company et al 2:18-cv-07007-AB(FFMx) |
| CAE | 2 | 18−00829 | Rios v. Ford Motor Company et al 2:18-cv-07008-AB(FFMx) |
| CAE | 2 | 18−00830 | Pacheco v. Ford Motor Company et al 2:18-cv-07009-AB(FFMx) |

| Court | Div | Case Number | Case Title | Assigned Case |
|---|---|---|---|---|
| CAE | 2 | 18−00833 | Heater v. Ford Motor Company | 2:18-cv-07010-AB(FFMx) |
| CAE | 2 | 18−01278 | Zandee et al v. Ford Motor Company | 2:18-cv-07012-AB(FFMx) |
| CAE | 2 | 18−01288 | Schlott v. Ford Motor Company et al | 2:18-cv-07013-AB(FFMx) |
| CAE | 2 | 18−01290 | Hill v. Ford Motor Company | 2:18-cv-07014-AB(FFMx) |
| CAE | 2 | 18−01292 | Qualls et al v. Ford Motor Company | 2:18-cv-07015-AB(FFMx) |
| CAE | 2 | 18−01293 | Warren v. Ford Motor Company | 2:18-cv-07017-AB(FFMx) |
| CAE | 2 | 18−01294 | Hillier et al v. Ford Motor Company | 2:18-cv-07018-AB(FFMx) |
| CAE | 2 | 18−01295 | Tabalno v. Ford Motor Company et al | 2:18-cv-07019-AB(FFMx) |
| CAE | 2 | 18−01296 | Whitcomb v. Ford Motor Company et al | 2:18-cv-07021-AB(FFMx) |
| CAE | 2 | 18−01297 | Siegel v. Ford Motor Company et al | 2:18-cv-07022-AB(FFMx) |
| CAE | 2 | 18−01299 | Hull et al v. Ford Motor Company | 2:18-cv-07025-AB(FFMx) |
| CAE | 2 | 18−01300 | Martinez v. Ford Motor Company | 2:18-cv-07026-AB(FFMx) |
| CAE | 2 | 18−01301 | Robinson v. Ford Motor Company | 2:18-cv-07027-AB(FFMx) |
| CAE | 2 | 18−01303 | McCleskey et al v. Ford Motor Company | 2:18-cv-07028-AB(FFMx) |
| CAE | 2 | 18−01304 | Vasquez et al v. Ford Motor Company et al | 2:18-cv-07029-AB(FFMx) |
| CAE | 2 | 18−01306 | Youngblood v. Ford Motor Company | 2:18-cv-07031-AB(FFMx) |
| CAE | 2 | 18−01308 | Smith v. Ford Motor Company et al | 2:18-cv-07033-AB(FFMx) |
| CAE | 2 | 18−01310 | Kerr et al v. Ford Motor Company et al | 2:18-cv-07034-AB(FFMx) |
| CAE | 2 | 18−01311 | Howard v. Ford Motor Company et al | 2:18-cv-07036-AB(FFMx) |
| CAE | 2 | 18−01315 | Taormina v. Ford Motor Company | 2:18-cv-07098-AB(FFMx) |
| CAE | 2 | 18−01325 | McKinney v. Ford Motor Company et al | 2:18-cv-07099-AB(FFMx) |
| CAE | 2 | 18−01326 | Holm v. Ford Motor Company et al | 2:18-cv-07101-AB(FFMx) |
| CAE | 2 | 18−01328 | La Russa v. Ford Motor Company | 2:18-cv-07103-AB(FFMx) |
| CAE | 2 | 18−01329 | Huerta et al v. Ford Motor Company | 2:18-cv-07104-AB(FFMx) |
| CAE | 2 | 18−01330 | Moore v. Ford Motor Company et al | 2:18-cv-07106-AB(FFMx) |
| CAE | 2 | 18−01333 | Haile et al v. Ford Motor Company | 2:18-cv-07109-AB(FFMx) |
| CAE | 2 | 18−01334 | Kozel v. Ford Motor Company | 2:18-cv-07115-AB(FFMx) |
| CAE | 2 | 18−01335 | Laursen v. Ford Motor Company | 2:18-cv-07118-AB(FFMx) |
| CAE | 2 | 18−01337 | Millian v. Ford Motor Company et al | 2:18-cv-07120-AB(FFMx) |
| CAE | 2 | 18−01338 | Newton v. Ford Motor Company | 2:18-cv-07122-AB(FFMx) |
| CAE | 2 | 18−01339 | Muse v. Ford Motor Company et al | 2:18-cv-07123-AB(FFMx) |
| CAE | 2 | 18−01340 | Ramirez v. Ford Motor Company | 2:18-cv-07125-AB(FFMx) |
| CAE | 2 | 18−01341 | Rodberry et al v. Ford Motor Company | 2:18-cv-07128-AB(FFMx) |
| CAE | 2 | 18−01343 | Goyma v. Ford Motor Company | 2:18-cv-07130-AB(FFMx) |
| CAE | 2 | 18−01344 | Hamaker v. Ford Motor Company et al | 2:18-cv-07136-AB(FFMx) |
| CAE | 2 | 18−01345 | Roland v. Ford Motor Company et al | 2:18-cv-07141-AB(FFMx) |
| CAE | 2 | 18−01346 | Helget et al v. Ford Motor Company | 2:18-cv-07170-AB(FFMx) |
| CAE | 2 | 18−01349 | Isakson v. Ford Motor Company | 2:18-cv-07174-AB(FFMx) |
| CAE | 2 | 18−01357 | Leogrande et al v. Ford Motor Company | 2:18-cv-07175-AB(FFMx) |
| CAE | 2 | 18−01359 | Murrell v. Ford Motor Company et al | 2:18-cv-07176-AB(FFMx) |
| CAE | 2 | 18−01360 | Skar v. Ford Motor Company et al | 2:18-cv-07177-AB(FFMx) |
| CAE | 2 | 18−01362 | Woodby et al v. Ford Motor Company | 2:18-cv-07178-AB(FFMx) |
| CAE | 2 | 18−01365 | Tellechea v. Ford Motor Company | 2:18-cv-07179-AB(FFMx) |
| CAE | 2 | 18−01369 | Morgan et al v. Ford Motor Company | 2:18-cv-07180-AB(FFMx) |
| CAE | 2 | 18−01374 | Hill v. Ford Motor Company | 2:18-cv-07201-AB(FFMx) |
| CAE | 2 | 18−01376 | Gyorey v. Ford Motor Company | 2:18-cv-07202-AB(FFMx) |
| CAE | 2 | 18−01377 | Rios v. Ford Motor Company et al | 2:18-cv-07204-AB(FFMx) |
| CAE | 2 | 18−01378 | Vilhauer v. Ford Motor Company | 2:18-cv-07205-AB(FFMx) |

| | | | | |
|---|---|---|---|---|
| CAE | 2 | 18−01379 | Rhinehart v. Ford Motor Company | 2:18-cv-07206-AB(FFMx) |
| CAE | 2 | 18−01380 | Rice v. Ford Motor Company | 2:18-cv-07207-AB(FFMx) |
| CAE | 2 | 18−01381 | Sanders et al v. Ford Motor Company et al | 2:18-cv-07208-AB(FFMx) |
| CAE | 2 | 18−01382 | Johanneck v. Ford Motor Company | 2:18-cv-07209-AB(FFMx) |
| CAE | 2 | 18−01383 | Preston et al v. Ford Motor Company | 2:18-cv-07210-AB(FFMx) |
| CAE | 2 | 18−01384 | Lopez v. Ford Motor Company et al | 2:18-cv-07211-AB(FFMx) |
| CAE | 2 | 18−01385 | Wiederhold et al v. Ford Motor Company | 2:18-cv-07212-AB(FFMx) |
| CAE | 2 | 18−01387 | Gorda et al v. Ford Motor Company | 2:18-cv-07213-AB(FFMx) |
| CAE | 2 | 18−01388 | Hinton v. Ford Motor Company | 2:18-cv-07214-AB(FFMx) |
| CAE | 2 | 18−01390 | Summers v. Ford Motor Company | 2:18-cv-07215-AB(FFMx) |
| CAE | 2 | 18−01392 | Hinojos v. Ford Motor Company | 2:18-cv-07216-AB(FFMx) |
| CAE | 2 | 18−01393 | Payne et al v. Ford Motor Company et al | 2:18-cv-07217-AB(FFMx) |
| CAE | 2 | 18−01399 | Youders et al v. Ford Motor Company et al | 2:18-cv-07219-AB(FFMx) |
| CAE | 2 | 18−01400 | Mcgee v. Ford Motor Company | 2:18-cv-07220-AB(FFMx) |
| CAE | 2 | 18−01402 | Thomas v. Ford Motor Company et al | 2:18-cv-07221-AB(FFMx) |
| CAE | 2 | 18−01404 | Rodriguez v. Ford Motor Company | 2:18-cv-07223-AB(FFMx) |
| CAE | 2 | 18−01406 | Terrell et al v. Ford Motor Company et al | 2:18-cv-07224-AB(FFMx) |
| CAE | 2 | 18−01407 | Ledesma et al v. Ford Motor Company et al | 2:18-cv-07225-AB(FFMx) |
| CAE | 2 | 18−01409 | Musto v. Ford Motor Company et al | 2:18-cv-07226-AB(FFMx) |
| CAE | 2 | 18−01410 | Hamanaka v. Ford Motor Company | 2:18-cv-07227-AB(FFMx) |
| CAE | 2 | 18−01411 | Lorenz v. Ford Motor Company | 2:18-cv-07228-AB(FFMx) |
| CAE | 2 | 18−01412 | Gracia et al v. Ford Motor Company | 2:18-cv-07102-AB(FFMx) |
| CAE | 2 | 18−01415 | Gosling v. Ford Motor Company et al | 2:18-cv-07105-AB(FFMx) |
| CAE | 2 | 18−01417 | Neider et al v. Ford Motor Company et al | 2:18-cv-07107-AB(FFMx) |
| CAE | 2 | 18−01419 | Liss v. Ford Motor Company et al | 2:18-cv-07108-AB(FFMx) |
| CAE | 2 | 18−01420 | Guerrero v. Ford Motor Company | 2:18-cv-07110-AB(FFMx) |
| CAE | 2 | 18−01421 | House v. Ford Motor Company et al | 2:18-cv-07111-AB(FFMx) |
| CAE | 2 | 18−01422 | Rodriguez v. Ford Motor Company | 2:18-cv-07112-AB(FFMx) |
| CAE | 2 | 18−01423 | Kuncaitis et al v. Ford Motor Company | 2:18-cv-07113-AB(FFMx) |
| CAE | 2 | 18−01424 | Rodriguez v. Ford Motor Company | 2:18-cv-07114-AB(FFMx) |
| CAE | 2 | 18−01425 | Spence v. Ford Motor Company et al | 2:18-cv-07117-AB(FFMx) |
| CAE | 2 | 18−01426 | Schuster v. Ford Motor Company et al | 2:18-cv-07119-AB(FFMx) |
| CAE | 2 | 18−01427 | Stewart v. Ford Motor Company | 2:18-cv-07121-AB(FFMx) |
| CAE | 2 | 18−01428 | Weir v. Ford Motor Company | 2:18-cv-07124-AB(FFMx) |
| CAE | 2 | 18−01430 | Serb v. Ford Motor Company et al | 2:18-cv-07126-AB(FFMx) |
| CAE | 2 | 18−01431 | Quinn v. Ford Motor Company | 2:18-cv-07127-AB(FFMx) |
| CAE | 2 | 18−01432 | Kincl v. Ford Motor Company et al | 2:18-cv-07129-AB(FFMx) |
| CAE | 2 | 18−01433 | Salinas v. Ford Motor Company et al | 2:18-cv-07132-AB(FFMx) |
| CAE | 2 | 18−01434 | Putnam−Garcia v. Ford Motor Company et al | 2:18-cv-07133-AB(FFMx) |
| CAE | 2 | 18−01437 | Silva et al v. Ford Motor Company | 2:18-cv-07134-AB(FFMx) |
| CAE | 2 | 18−01438 | Smith v. Ford Motor Company et al | 2:18-cv-07135-AB(FFMx) |
| CAE | 2 | 18−01439 | Souza v. Ford Motor Company et al | 2:18-cv-07137-AB(FFMx) |
| CAE | 2 | 18−01440 | Lee v. Ford Motor Company et al | 2:18-cv-07138-AB(FFMx) |
| CAE | 2 | 18−01442 | Meyer et al v. Ford Motor Company et al | 2:18-cv-07139-AB(FFMx) |
| CAE | 2 | 18−01444 | Morales et al v. Ford Motor Comany | 2:18-cv-07140-AB(FFMx) |
| CAE | 2 | 18−01446 | Goulart v. Ford Motor Company et al | 2:18-cv-07143-AB(FFMx) |
| CAE | 2 | 18−01447 | Smith v. Ford Motor Company | 2:18-cv-07144-AB(FFMx) |
| CAE | 2 | 18−01448 | Nyberg v. Ford Motor Company et al | 2:18-cv-07146-AB(FFMx) |

| | | | | |
|---|---|---|---|---|
| CAE | 2 | 18−01451 | Neri et al v. Ford Motor Company et al | 2:18-cv-07147-AB(FFMx) |
| CAE | 2 | 18−01452 | Gonzalez v. Ford Motor Company | 2:18-cv-07148-AB(FFMx) |
| CAE | 2 | 18−01453 | Osborne et al v. Ford Motor Company | 2:18-cv-07149-AB(FFMx) |
| CAE | 2 | 18−01454 | Woldhagen v. Ford Motor Company et al | 2:18-cv-07150-AB(FFMx) |
| CAE | 2 | 18−01455 | Kaufmann v. Ford Motor Company et al | 2:18-cv-07151-AB(FFMx) |
| CAE | 2 | 18−01458 | Lopez et al v. Ford Motor Company | 2:18-cv-07152-AB(FFMx) |
| CAE | 2 | 18−01459 | Kjelstrom v. Ford Motor Company | 2:18-cv-07153-AB(FFMx) |
| CAE | 2 | 18−01460 | Groom v. Ford Motor Company et al | 2:18-cv-07154-AB(FFMx) |
| CAE | 2 | 18−01462 | Robinson v. Ford Motor Company | 2:18-cv-07155-AB(FFMx) |
| CAE | 2 | 18−01464 | Klev v. Ford Motor Company et al | 2:18-cv-07156-AB(FFMx) |
| CAE | 2 | 18−01468 | Herbst v. Ford Motor Company et al | 2:18-cv-07157-AB(FFMx) |
| CAE | 2 | 18−01469 | Landis v. Ford Motor Company | 2:18-cv-07158-AB(FFMx) |
| CAE | 2 | 18−01470 | O'Dell et al v. Ford Motor Company | 2:18-cv-07159-AB(FFMx) |
| CAE | 2 | 18−01473 | Sanchez v. Ford Motor Company et al | 2:18-cv-07160-AB(FFMx) |
| CAE | 2 | 18−01476 | Soto et al v. Ford Motor Company | 2:18-cv-07161-AB(FFMx) |
| CAE | 2 | 18−01482 | Rose v. Ford Motor Company et al | 2:18-cv-07162-AB(FFMx) |
| CAE | 2 | 18−01483 | Lamonte v. Ford Motor Company et al | 2:18-cv-07163-AB(FFMx) |
| CAE | 2 | 18−01484 | Moser v. Ford Motor Company et al | 2:18-cv-07164-AB(FFMx) |
| CAE | 2 | 18−01485 | Ochoa v. Ford Motor Company | 2:18-cv-07165-AB(FFMx) |
| CAE | 2 | 18−01486 | Salinas v. Ford Motor Company et al | 2:18-cv-07166-AB(FFMx) |
| CAE | 2 | 18−01487 | McCuen v. Ford Motor Company | 2:18-cv-07167-AB(FFMx) |
| CAE | 2 | 18−01491 | Martin et al v. Ford Motor Company et al | 2:18-cv-07168-AB(FFMx) |
| CAE | 2 | 18−01492 | Matos et al v. Ford Motor Company et al | 2:18-cv-07169-AB(FFMx) |
| CAE | 2 | 18−01493 | McKeown v. Ford Motor Company et al | 2:18-cv-07035-AB(FFMx) |
| CAE | 2 | 18−01494 | Miller v. Ford Motor Company et al | 2:18-cv-07037-AB(FFMx) |
| CAE | 2 | 18−01496 | Perez et al v. Ford Motor Company | 2:18-cv-07038-AB(FFMx) |
| CAE | 2 | 18−01498 | Weymouth et al v. Ford Motor Company | 2:18-cv-07039-AB(FFMx) |
| CAE | 2 | 18−01500 | Rodberry et al v. Ford Motor Company | 2:18-cv-07040-AB(FFMx) |
| CAE | 2 | 18−01501 | Richardson et al v. Ford Motor Company et al | 2:18-cv-07042-AB(FFMx) |
| CAE | 2 | 18−01502 | Powers et al v. Ford Motor Company | 2:18-cv-07043-AB(FFMx) |
| CAE | 2 | 18−01503 | Torres v. Ford Motor Company | 2:18-cv-07044-AB(FFMx) |
| CAE | 2 | 18−01505 | Salaz v. Ford Motor Company et al | 2:18-cv-07045-AB(FFMx) |
| CAE | 2 | 18−01506 | Salaices v. Ford Motor Company et al | 2:18-cv-07047-AB(FFMx) |
| CAE | 2 | 18−01508 | Vidal Jr. v. Ford Motor Company et al | 2:18-cv-07048-AB(FFMx) |
| CAE | 2 | 18−01509 | Wiseman v. Ford Motor Company | 2:18-cv-07049-AB(FFMx) |
| CAE | 2 | 18−01511 | Margherone et al v. Ford Motor Company | 2:18-cv-07050-AB(FFMx) |
| CAE | 2 | 18−01514 | Hummel et al v. Ford Motor Company et al | 2:18-cv-07051-AB(FFMx) |
| CAE | 2 | 18−01517 | Teymouraz v. Ford Motor Company | 2:18-cv-07052-AB(FFMx) |
| CAE | 2 | 18−01518 | Snyder v. Ford Motor Company et al | 2:18-cv-07053-AB(FFMx) |
| CAE | 2 | 18−01519 | Sundrud v. Ford Motor Company | 2:18-cv-07054-AB(FFMx) |
| CAE | 2 | 18−01520 | McGraw v. Ford Motor Company | 2:18-cv-07056-AB(FFMx) |
| CAE | 2 | 18−01524 | McMahon v. Ford Motor Company et al | 2:18-cv-07057-AB(FFMx) |
| CAE | 2 | 18−01526 | Miller v. Ford Motor Company | 2:18-cv-07058-AB(FFMx) |
| CAE | 2 | 18−01527 | Nunez v. Ford Motor Company et al | 2:18-cv-07060-AB(FFMx) |
| CAE | 2 | 18−01528 | Moore et al v. Ford Motor Company | 2:18-cv-07061-AB(FFMx) |
| CAE | 2 | 18−01540 | Rodriguez v. Ford Motor Company | 2:18-cv-07062-AB(FFMx) |
| CAE | 2 | 18−01544 | Lee v. Ford Motor Company et al | 2:18-cv-07063-AB(FFMx) |
| CAE | 2 | 18−01988 | Olson, Jr. et al v. Ford Motor Company et al | 2:18-cv-07064-AB(FFMx) |

CALIFORNIA SOUTHERN

CAS  3  18−01607  Jara et al v. Ford Motor Company et al
2:18-cv-07066-AB(FFMx)

**I hereby attest and certify on** 8/17/2018
**that the foregoing document is full, true
and correct copy of the original on file in
my office, and in my legal custody.**

**CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

Derek Davis
**DEPUTY CLERK**

